**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1777**

---

In re: HARRINGTON CAMPBELL,

      Petitioner.

---

On Petition for Writ of Mandamus.  (1:07-cr-00232-CCB-1)

---

Submitted:  September 22, 2022                    Decided:  September 26, 2022

---

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Harrington Campbell, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harrington Campbell petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motions for a stay of removal and writ of coram nobis. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we grant Campbell's motion to amend and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*